# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>DIAMOND ABBOTT,<br><br>　　　　　　　　　　Defendant. | Case No. 15-CR-226-7-JPS<br><br><br>**ORDER** |

　　　　On November 22, 2016, the government charged the defendant in one count of a twenty-two count indictment, alleging robbery in violation of 18 U.S.C. § 1951. (Docket #114). On December 22, 2016, the government filed a single-count information against the defendant charging her with conspiracy to commit robbery in violation of 18 U.S.C. § 371. (Docket #131). The parties simultaneously filed a plea agreement stating that the defendant will plead guilty to the information, and the indictment will be dismissed as to her at sentencing. (Docket #131 at 1-3).

　　　　The parties appeared before Magistrate Judge David E. Jones on January 11, 2017, pursuant to Federal Rule of Criminal Procedure 11. (Docket #138 and #142). The parties consented to Magistrate Jones conducting the change of plea colloquy. (Docket #142). After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Jones determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #138 and #142).

　　　　Thereafter, Magistrate Jones filed a Report and Recommendation with this Court, recommending that: (1) the defendant's plea of guilty be accepted;

(2) a presentence investigation and report be prepared; and (3) the defendant be adjudicated guilty and have a sentence imposed accordingly. (Docket #142). Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C. § 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Jones' recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge David E. Jones' report and recommendation (Docket #142) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 2nd day of February, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge